IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 11-cv-00344-LTB-BNB

JENNIFER STROH,

    Plaintiff,

v.

THE UNITED STATES,

    Defendant.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Lewis T. Babcock on September 17, 2012, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Government's request for entry of summary judgment in its favor on Plaintiff's tort claim under Fed. R. Civ. P. 56 is GRANTED.  It is

FURTHER ORDERED that Defendant's Motion to Dismiss is GRANTED.  It is

FURTHER ORDERED that summary judgment is hereby entered in favor of Defendant, The United States, and against Plaintiff, Jennifer Stroh.  It is

FURTHER ORDERED that Plaintiff's Complaint and this civil action are DISMISSED with prejudice.  It is

FURTHER ORDERED that Defendant United States of America shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment.

DATED at Denver, Colorado this 20th day of September, 2012.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ Edward P. Butler
Edward P. Butler,
Deputy Clerk